MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS A R JOHNSON ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EXPERIAN INFORMATION SOLUTIONS, INC. ) <br> ) <br> Defendant. ) <br> _____) | Case No. 2:22-cv-1594-JCM-EJY <br><br> SUBMITTED IN COMPLIANCE <br> WITH LOCAL RULE 26-1(b) |

## STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER

The parties herein, through their respective counsel, hereby stipulate to the following Discovery Plan and Scheduling Order pursuant to Local Rules IA 6-2 and 26-1:

**First Defendant To Appear:**

Defendant Experian Information Solutions, Inc. first appeared on October 17, 2022.

**Discovery and Case Management Deadlines:**

Based upon the foregoing initial appearance of Defendant, the parties stipulate to the following Discovery and Case Management Deadlines in compliance with LR 26-1(b)(1)-(6).

    1.    Discovery in this action shall be completed on or before: April 7, 2023. This is one hundred eighty days (180 days) from Defendant's initial appearance.

    2.    Amendments to pleadings and addition of parties: required on or before: January 9, 2023.

    3.    Federal Rule of Civil Procedure 26(a)(2) Disclosures (Experts): required on or before: February 7, 2023.

1

4. Disclosure respecting rebuttal experts: required on or before: March 7, 2023.

5. Dispositive Motions: required on or before: May 8, 2023.

6. (Joint) Pretrial Order required on or before: June 7, 2023 or 30 days after decision deciding dispositive motion.

**LR II 26-1(b) Certifications:** The parties certify that they considered consenting to trial by a magistrate judge and use of the Short Trial Program. The parties further certify that they met and conferred about the possibility of using alternative dispute resolution processes including, mediation, arbitration, and early neutral evaluation.

**Electronic Service:** The Parties agree to accept electronic service of discovery requests and responses pursuant to Federal Rule of Civil Procedure 5(b)(2)(E). To the extent discovery requests are served on a Saturday, Sunday, or legal holiday, service will be deemed effective on the next day that is not a Saturday, Sunday, or legal holiday. The parties discussed whether they intend to present evidence in electronic format to jurors for the purpose of jury deliberations and agreed that should discovery be provided in an electronic format at trial, it will be compatible with the court's electronic jury evidence display system pursuant to LR II 26-1(b)(9).

DATED: October 19, 2022

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | SNELL & WILMER, L.L.P. |
| */s/ Mitchell Gliner* | */s/ Bob Olson* |
| MITCHELL D. GLINER, ESQ. | BOB L. OLSON, ESQ. |
| Nevada Bar No. 003419 | Nevada Bar No. 03783 |
| 3017 W. Charleston Blvd. # 95 | CHARLES E. GIANELLONI, ESQ. |
| Las Vegas, Nevada 89102 | Nevada Bar No. 12747 |
| Attorney for Plaintiff | 3883 Howard Hughes Pkwy., #1100 |
| | Las Vegas, Nevada 89169 |
| | Attorney for Defendant Experian |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 21, 2022